**David A. Sibley**

| | |
|---|---|
| **From:** | Jon Roland [jon.roland@constitution.org] |
| **Sent:** | Saturday, September 29, 2007 2:18 PM |
| **To:** | Shelley Thomson |
| **Cc:** | David Sibley; Andrea Atalay |
| **Subject:** | [Fwd: Jon Roland: three lies and one truth rendered in false lights] |

-------- Original Message --------
**Subject:** Jon Roland: three lies and one truth rendered in false lights
**Date:** Sat, 29 Sep 2007 13:58:50 -0500
**From:** Charles Lincoln <charles.e.lincoln@att.net>
**To:** Dan Simon <danlsimon@hotmail.com>, <jon.roland@constitution.org>, Shelley Thomson <sthomson@spinn.net>
**References:** <46FC40C8.7090803@constitution.org> <BLU105-W58BF526CDE2B0EA7DACAA1BEB20@phx.gbl> <46FC78A8.8080702@constitution.org> <BLU105-W3095686BC078A3E45E4676BEB30@phx.gbl>

With all due respect....this is getting really seriously libellous and it could be Jon Roland who is in much more serious trouble than either Charles E. Lincoln or Peyton Yates Freiman: Jon Roland is writing either out of gross ignorance or unreasonable and outrageous malice aforethought:
 He got another lady and her husband, Cheryl and Victor
> Anderson, to deed him half of their house that was about to be
> foreclosed on.
Everybody knows why I'm doing this and how I did it---I'm working on their defense this week and last---they are among my top priorities. I am working literally coast-to-coast to save people from predatory lenders. Since I am not a licensed attorney, the only way I can appear in a case is as a title owner of property. Jon Roland knows from Shelley's case the objections that can be made to a Trustee appearing pro se. In the Anderson case, well, I'm fighting for these people who have never paid me a dime, not for filing fees nor anything else, and yes, my services will be paid for out of the proceeds of the house or a refinancing of the house if I win. Peyton and I have advanced the filing fees for two attempts at Bankruptcy for these people. We are going to have to file a new lawsuit THIS COMING WEEK for them. The Andersons stood to lose their house last December---we have never worked harder for anybody than for Cheryl & Victor Anderson.
He used my name
> without permission as a "trustee" for his own house, and perhaps in
> other cases I don't know about.
Jon Drew Roland---you know this is a LIE and you should be horribly ashamed of yourself. You agreed to be trustee before I ever met Peyton, and you agreed to Peyton's substitution in as trustee for me. You appeared in FEDERAL COURT for me against AAMES even before you accepted the deed to my house as trustee, and you never recorded that Deed (although you still have it!)---but you discussed with Peyton the role of trustee on several occasions that I can recall, maybe as many as a dozen. We specifically discussed whether you agreed to Peyton taking over as Trustee from you and you







Ex. 2

agreed!Shame, Shame, Shame on you for lying! I thought you were a much better man. I am very disappointed.
He has been forging attorney Andrea Atalay's signature on
> legal documents, pretending she would be available to represent people
> in court when she didn't even know about the cases.
Andrea S. Atalay is another pathetic case of an attorney who couldn't tie her shoelaces straight, and for that very reason retains her law license. When I was still involved with the Houston crowd last year---I think it was in late May 2006, I got a call about a lawyer who would trade her blind services as an attorney in addition to deeding me and my (former) real estate investment partner Robert Bruce and I agreed we needed a licensed attorney on the team---or at least her signature. I determined after several conversations with Andrea what Robert had already told me---that Andrea was neither competent nor trustworthy to manage even her own affairs. We concluded, only half-jokingly, that Andrea would be perfect for DUI cases because the Judge would always assume from her conduct that Andrea was the defendant and would convict her rather than the real defendant. Still, Andrea was sweet and kind and docile and had a very intelligent older husband (a refugee from Cuba with a Ph.D. in Philosophy and a fabulous library)---and so we decided to work with her---provided she authorize a SIGNATURE STAMP (two of which were made, one of which was lost, neither of which has been used since November 2006 at the latest, as a part of OUR BASIC AGREEMENT WITH HER (which also, NOT coincidentally, included her deeding her house over to us, free and clear of any residual ownership from her or her husband, 100%, unlike the 50% from Cheryl).
I WOULD NEVER HAVE DONE ANYTHING WITH ANDREA IF SHE HAD NOT GIVEN ME HER SIGNATURE STAMP AND PERMISSION TO SIGN HER UP FOR CASES. SHE AGREED TO USE MY JONESTOWN OFFICE (now defunct) AS HER OWN OFFICE ADDRESS EVEN FOR STATE BAR PURPOSES AND I WAS HANDLING ALL HER WORK AND ALL HER MAIL AND SHE WAS GETTING MY CONSULTATION AND STRATEGIC PLANNING AND ROBERT'S FINANCIAL ADVICE IN ADVANCE. ROBERT GAVE UP ON HER BEFORE I DID and cut a deal with her mortgage-"Holder" to which I was not a party (and never was, never would have agreed) and that was the end of our partnership---but I never did anything but try to help Andrea pursuant to the terms of my agreement with Andrea....I feel sorry for Andrea but if she believes what YOU'RE saying, well, I feel even sorrier for her.... but in a trial---you'll lose and so will she....



Finally, Jon writes, truthfully:
Now there is a federal
> warrant for his arrest, and I somehow doubt he is in Canada based on his
> email headers.
But I consider it just another in my collection of Red Badges of Courage that a rogue Federal Judge, acting in the COMPLETE absence of any jurisdiction, after a case was closed which SHE closed for want of jurisdiction, would issue a warrant for my arrest based on an ILLEGAL order issued WITHOUT jurisdiction---which is precisely the kind of order that the Fifth Circuit has previously held creates NO obligation of compliance on the part of the intended "victim"---much less any threat of lawful punishment by contempt---
Jon Roland: you made me aware of a lot of the flaws in our legal system and for a couple of years there it seemed that you and I would fight against the system together forever. I feel, based on our recent activities, that a MUCH stronger case can be made that YOU

have gone over to the Dark Side than that I have---but we both like our science fiction metaphors and analogies, don't we?

----- Original Message -----
**From:** Dan Simon
**To:** charles.e.lincoln@worldnet.att.net
**Sent:** Saturday, September 29, 2007 1:08 PM
**Subject:** FW: Dad in distress in Williamson County

> Date: Thu, 27 Sep 2007 22:44:40 -0500
> From: jon.roland@constitution.org
> To: danlsimon@hotmail.com
> Subject: Re: Dad in distress in Williamson County
>
> Unfortunately, Charles went over to the dark side. He filed not just
> one, but two, "notices of lien" on Shelley's house as a way to extort
> money out of her. He got another lady and her husband, Cheryl and Victor
> Anderson, to deed him half of their house that was about to be
> foreclosed on. He has been forging attorney Andrea Atalay's signature on
> legal documents, pretending she would be available to represent people
> in court when she didn't even know about the cases. He used my name
> without permission as a "trustee" for his own house, and perhaps in
> other cases I don't know about. His opponents in these cases are mostly
> bad guys, but now he has become one of them. Now there is a federal
> warrant for his arrest, and I somehow doubt he is in Canada based on his
> email headers.
> He can repair some of this damage by releasing those liens, or any like
> them, deeding back the half interest in the Anderson home, and coming
> clean on all the cases in which he improperly used anyone else's name.
> Otherwise, he and Peyton are likely to serve long prison terms, because
> those "notices of lien" if not released are felony criminal conspiracies.
> It's very sad. He has so much talent, and was willing to take on the bad
> guys, but as I have often said, "If those who would defend Good adopt
> the ways of Evil, Evil wins."
> At least give this poor guy Tom Lynch a phone call for moral support.
>
> -- Jon
>
> ----------------------------------------------------------------
> Constitution Society 7793 Burnet Road #37, Austin, TX 78757
> 512/299-5001 www.constitution.org jon.roland@constitution.org
> ----------------------------------------------------------------
>

Connect to the next generation of MSN Messenger Get it now!

--